IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01054-CMA-BNB

LYNDA S. HICKEY,

Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Motion to Strike Plaintiff's Motion for Summary Judgment or, in the Alternative, to Stay Briefing on the Motion** [Doc. # 61, filed March 11, 2014] (the "Motion to Strike").  Separately, I have recommended that the plaintiff's motion for summary judgment be denied on the merits.  Accordingly,

      IT IS ORDERED that the Motion to Strike [Doc. # 61] is DENIED AS MOOT.

DATED:  April 23, 2014