IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-01054-CMA-BNB

LYNDA S. HICKEY,

Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General,

Defendant.

_____

**ORDER**
_____

This matter arises on the defendant's **Unopposed Motion to Vacate the Scheduling Conference Set for June 12, 2014 and Stay Discovery** [Doc. #69, filed 05/14/2014] (the "Motion"). The Motion is DENIED.

The defendant seeks to stay discovery pending the district judge's ruling on (1) my recommendation to grant in part and deny in part the defendant's motion to dismiss, and (2) my recommendation to deny plaintiff's motion for summary judgment. After consideration of the analysis set forth in Federal Deposit Ins. Corp. v. Renda, 1987 WL 348635 *2 (D. Kan. Aug. 6, 1987), and String Cheese Incident, LLC v. Stylus Shows, Inc., 2006 WL 894955 *3 (D. Colo. March 30, 2006), I find that a stay is not warranted.

IT IS ORDERED that the Motion [Doc. #69] is DENIED.

Dated May 19, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge