**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01054-CMA-BNB

LYNDA S. HICKEY,

    Plaintiff,

v.

PATRICK R. DONAHOE, Postmaster General,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Rejecting in Part the April 23, 2014 Recommendations of United States Magistrate Judge of Judge Christine M. Arguello entered on June 11, 2014 it is

ORDERED that Plaintiff's objection (Doc. # 72) is OVERRULED, it is further

ORDERED that Defendant's objection to the Magistrate Judge's order vacating the scheduling conference (Doc. # 75) is OVERRULED and the Magistrate Judge's decision is AFFIRMED, it is further

ORDERED that Defendant's Objection (Doc. # 68) is SUSTAINED and the Magistrate Judge's Recommendation is REJECTED to the extent it declined to address Plaintiff's possible claim for a breach of the Representative Agreement. Aside from the analysis related to the Representative Agreement, the Recommendations of United

States Magistrate Judge Boyd N. Boland (Doc. ## 64, 65) are AFFIRMED and ADOPTED as Orders of this Court. Pursuant to the Recommendation, it is further

ORDERED that Defendant's Motion to Dismiss (Doc. # 56) is GRANTED and this case is DISMISSED.  It is further

ORDERED that Plaintiff's Motion for Summary Judgment (Doc. # 59) is DENIED. It is further

ORDERED that Plaintiff has 30 days from the entry of this order to file an amended complaint clearly alleging a legal claim related to the 2003 Representative Agreement. It is further

ORDERED the Defendant shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   A. Thomas
Deputy Clerk